Case 5:17-cv-00159 Document 44 Filed in TXSD on 07/10/18 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 10, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| NORMA LOZANO AND<br>CORI CHALE CONTRERAS | § § § § | |
| vs. | § | CIVIL ACTION NO. 5:17-cv-159 |
| GERALDO GONZALES AND<br>BT FREIGHT LINES, INC. | § § § § | |

## AGREED ORDER ON PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

On this day came on to be considered the Plaintiff's Motion to Dismiss with Prejudice filed by NORMA LOZANO, Plaintiff, in the above-referenced cause of action. The Court, having considered said motion, and being otherwise fully apprised of the circumstances in this cause, is of the opinion that said motion is well taken and should be, in all things, granted.

IT IS THEREFORE ORDERED that this lawsuit be, and the same hereby is, dismissed with prejudice to refiling of the same as to Defendants Geraldo Gonzales and BT Freight Lines, Inc.

IT IS FURTHER ORDERED that each party shall pay its own costs and attorneys' fees incurred herein.

IT IS FURTHER ORDERED that all other relief not expressly granted herein is denied.

Signed this 10th day of July, 2018.

_____
PRESIDING JUDGE
Diana Saldaña

Doc# 6712708